IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW BERGER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **FEDERAL BUREAU OF INVESTIGATION,** | ) |
| 935 Pennsylvania Ave. NW | ) |
| Washington, D.C. 20535 | ) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) |
| 950 Pennsylvania Ave. NW | ) |
| Washington, D.C. 20530 | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT

1. Plaintiff MATTHEW BERGER brings this suit to force Defendants FEDERAL BUREAU OF INVESTIGATION and U.S. DEPARTMENT OF JUSTICE to conduct a reasonable search, issue a determination, and produce reports, phone call recordings, and email communications regarding BERGER.

## PARTIES

2. Plaintiff MATTHEW BERGER is the FOIA requester in this case.

3. Defendant FEDERAL BUREAU OF INVESTIGATION is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant U.S. DEPARTMENT OF JUSTICE is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552. DOJ is the parent agency of FBI.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## NOVEMBER 27, 2024 FOIA REQUEST TO FBI

7. On November 27, 2024, BERGER's attorneys submitted a FOIA request to FBI on his behalf seeking the following records:

> 1. All reports regarding Matthew Berger. Date range for search: March 1-30, 2022.
> 2. All call recordings associated with Matthew Berger. Date range for search: March 1-30, 2022.
> 3. All recordings of phone calls between Matthew Berger and any Air Force entities. Date range for search: March 1-30, 2022.
> 4. All email communications containing the search term "berger" (not case-sensitive). Date range for search: March 6-9, 2022.

8. A privacy waiver consenting to the release of the requested information and signed by BERGER was submitted with the FOIA request.

9. A true and correct copy of the FOIA request is attached as Exhibit 1.

10. On November 27, 2024, FBI confirmed receipt of the FOIA request.

11. A true and correct copy of the confirmation email is attached as Exhibit 2.

12. On February 7, 2025, BERGER's attorneys sent a follow-up message to FBI on his behalf seeking an estimated date of completion and inquiring about the status of the request.

13. A true and correct copy of the follow-up message is attached as Exhibit 3.

14. FBI did not send any further correspondence to Plaintiff regarding this request.

15. As of the date of this filing, FBI has not issued a determination and has not produced any records.

16. As of the date of this filing, FBI has failed to make any responsive records promptly available to Plaintiff.

## COUNT I – FBI'S FOIA VIOLATION

17. The above paragraphs are incorporated by reference.

18. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

19. Defendant FBI is a federal agency subject to FOIA.

20. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

21. Defendant FBI has failed to conduct a reasonable search for records responsive to the request.

22. Defendant FBI has failed to issue a determination within the statutory deadline.

23. Defendant FBI has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

i. declare that Defendants have violated FOIA;

ii. order Defendants to conduct a reasonable search for records and to produce the requested records promptly;

iii. enjoin Defendants from withholding non-exempt public records under FOIA;

iv. award Plaintiff attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: April 2, 2025

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
MATTHEW BERGER

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

- 4 -